# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
SCHINDLBECK, JOSEPH B § Case No. 12-02367
SCHINDLBECK, BARBARA L §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
US Courthouse
Bankruptcy Clerk
Assignment Desk, Rm 710
219 S. Dearborn St.
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/20/2012 in Courtroom 250,
US Courthouse
100 S. 3rd St.
Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/09/2012         By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCHINDLBECK, JOSEPH B | § | Case No. 12-02367 |
| SCHINDLBECK, BARBARA L | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: Roy Safanda | $ 48.80 | $ 0.00 | $ 48.80 |
| Attorney for Trustee Fees: Roy Safanda, Attorney | $ 375.00 | $ 0.00 | $ 375.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,673.80 |
| Remaining Balance | $ | 3,326.20 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

NONE

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $ 5,211.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 63.8 percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Personal Loan<br>POB 30954<br>Salt Lake city, UT 84130 | $ 5,211.66 | $ 0.00 | $ 3,326.20 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,326.20 |
| | Remaining Balance | | $ | 0.00 |

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
                              Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-02367-MB
Joseph B Schindlbeck                                                    Chapter 7
Barbara L Schindlbeck
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales           Page 1 of 2         Date Rcvd: Nov 13, 2012
                              Form ID: pdf006           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2012.
db/jdb     +Joseph B Schindlbeck,    Barbara L Schindlbeck,    1441 Exposition Ave,    Aurora, IL 60506-1043
18396999   +Amber Schindlbeck,    112 Central Avenue,    Aurora, IL 60506-4539
18397000   +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
18397001   +Citifinancial Mortgage,    Po Box 9438,   Gaithersburg, MD 20898-9438
18397002   +Codilis & Associates P.C,   15W030 N. Frontage Road,    Suite 100,   Burr Ridge, IL 60527-6921
18397003   +Credit Recovery Inc,    311 E Mckinley Rd,    Ottawa, IL 61350-4805
18397004   +Discover Personal Loan,    Po Box 30954,   Salt Lake City, UT 84130-0954
18397005   +Farmers Bank of Lincoln,    PO BOX 250,   Lincoln, MO 65338-0250
18397008   +Oral and Maxillofacial Surgery,    1940 West Galena Blvd.,    Suite 1,   Aurora, IL 60506-4358
18397009   +Sentry Recovery Credit, Inc.,    2809 Grand Avenue,    Everett, WA 98201-3417
18397011   +Wfs Financial/Wachovia Dealer Services,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569
18397012   +Yamaha/gemb,   Gemb/Attn: Bankruptcy Department,    Po Box 103106,   Roswell, GA 30076-9106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18396998      E-mail/Text: ally@ebn.phinsolutions.com Nov 14 2012 05:29:56     Ally Financial,   PO BOX 380901,
                Minneapolis, MN 55438-0901
18397007     +E-mail/Text: ally@ebn.phinsolutions.com Nov 14 2012 05:29:56     Gmac Automotive Bank,
                Po Box 130424,   Roseville, MN 55113-0004
18397010      E-mail/Text: appebnmailbox@sprint.com Nov 14 2012 04:33:14     Sprint,    PO BOX 4191,
                Carol Stream, IL 60197-4191
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18397006    ##+Fox Valley Park District,    712 South River Street,    Aurora, IL 60506-5911
                                                                                TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 15, 2012**                       **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: ccabrales           Page 2 of 2            Date Rcvd: Nov 13, 2012
                              Form ID: pdf006           Total Noticed: 15


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2012 at the address(es) listed below:
              Gloria C  Tsotsos    on behalf of Creditor   CITIMORTGAGE, INC. nd-three@il.cslegal.com
              James A Young    on behalf of Debtor Joseph Schindlbeck jyoung@youngbklaw.com,
               Sarai@youngbklaw.com;ylara@youngbklaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Roy  Safanda    rsafanda@xnet.com,  rsafanda@ecf.epiqsystems.com
                                                                                             TOTAL: 4
```