UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
SCHINDLBECK, JOSEPH B                 §      Case No. 12-02367
SCHINDLBECK, BARBARA L                §
                                      §
                                      §
         Debtor(s)                    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/Roy Safanda _____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citifinancial Mortgage Po Box 9438 Gaithersburg, MD 20898 | | | | | |
| | Farmers Bank of Lincoln PO BOX 250 Lincoln, MO 65338 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gmac Automotive Bank Po Box 130424 Roseville, MN 55113 | | | | | |
| | Yamaha/gemb Gemb/Attn: Bankruptcy Department Po Box 103106 Roswell, GA 30076 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| ROY SAFANDA, ATTORNEY | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial PO BOX 380901 Minneapolis, MN 55438-0901 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Credit Recovery Inc 311 E Mckinley Rd Ottawa, IL 61350 | | | | | |
| | Discover Personal Loan Po Box 30954 Salt Lake City, UT 84130 | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial PO BOX 380901 Minneapolis, MN 55438-0901 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Credit Recovery Inc 311 E Mckinley Rd Ottawa, IL 61350 | | | | | |
| | Discover Personal Loan Po Box 30954 Salt Lake City, UT 84130 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Fox Valley Park District 712 South River Street Aurora, IL 60506 |  |  |  |  |  |
|  | Oral and Maxillofacial Surgery 1940 West Galena Blvd. Suite 1 Aurora, IL 60506 |  |  |  |  |  |
|  | Sprint PO BOX 4191 Carol Stream, IL 60197-4191 |  |  |  |  |  |
|  | Wfs Financial/Wachovia Dealer Services Po Box 3569 Rancho Cucamonga, CA 91730 |  |  |  |  |  |
| 1 | DISCOVER PERSONAL LOAN |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No: | 12-02367 MB Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | SCHINDLBECK, JOSEPH B | Date Filed (f) or Converted (c): | 01/24/12 (f) |
| | SCHINDLBECK, BARBARA L | 341(a) Meeting Date: | 03/05/12 |
| For Period Ending: | 08/17/13 | Claims Bar Date: | 09/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1441 Exposition Ave, Aurora, IL 60506 Single Famil | 98,800.00 | 0.00 | | 0.00 | FA |
| 2. 21763 Holiday Lane, Warsaw, MO Cabin 16x16 20 1/2 | 52,000.00 | 10,695.00 | | 5,000.00 | FA |
| 3. Checking: PNC | 300.00 | 0.00 | | 0.00 | FA |
| 4. Checking: PNC | 100.00 | 0.00 | | 0.00 | FA |
| 5. Savings: PNC | 105.00 | 0.00 | | 0.00 | FA |
| 6. Savings: PNC | 120.00 | 0.00 | | 0.00 | FA |
| 7. Farmers Bank savings account | 852.00 | 0.00 | | 0.00 | FA |
| 8. PNC Bank Minor Savings Account for granddaughter. | 548.00 | 548.00 | | 0.00 | FA |
| 9. Tv's, Washer, Dryer, Stove, Refirgerator, Beds, La | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. Clothing | 100.00 | 100.00 | | 0.00 | FA |
| 11. Camera | 100.00 | 100.00 | | 0.00 | FA |
| 12. AR 15 Rifle $400 Pistol 380 Versa $100 22 Pistol $ | 850.00 | 0.00 | | 0.00 | FA |
| 13. 401K- Fidelity | 38,000.00 | 0.00 | | 0.00 | FA |
| 14. IMRF | 109,000.00 | 0.00 | | 0.00 | FA |
| 15. Pentair Inc. Retirement Plan | 36,884.22 | 0.00 | | 0.00 | FA |
| 16. 2011 Chevy Equinox 8,200 Miles | 16,755.00 | 0.00 | | 0.00 | FA |
| 17. 1970 GMC (Military Vehicle) 1 1/4 Ton 7,000 miles | 500.00 | 0.00 | | 0.00 | FA |
| 18. 1961 Military Jeep 1/4 Ton | 500.00 | 0.00 | | 0.00 | FA |
| 19. 1962 Military Jeep (in pieces) | 300.00 | 0.00 | | 0.00 | FA |
| 20. 1957 Criscraft (wooden boat, no motor) Not useable | 700.00 | 0.00 | | 0.00 | FA |
| 21. 2003 Ford Explorer Sport Truck 142,698 Miles | 3,107.00 | 2,400.00 | | 0.00 | FA |
| 22. 4 Wheeler Yamaha Rhino 660 | 4,750.00 | 0.00 | | 0.00 | FA |
| 23. Tools, Computer, Printer | 150.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $366,021.22 | $13,843.00 | | $5,000.00 | $0.00 |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No: | 12-02367 MB Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | SCHINDLBECK, JOSEPH B | Date Filed (f) or Converted (c): | 01/24/12 (f) |
| | SCHINDLBECK, BARBARA L | 341(a) Meeting Date: | 03/05/12 |
| | | Claims Bar Date: | 09/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /      Current Projected Date of Final Report (TFR):  / /

FORM 2

Page: 1

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-02367 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | SCHINDLBECK, JOSEPH B | Bank Name: | UNION BANK |
|  | SCHINDLBECK, BARBARA L | Account Number / CD #: | *******5709 Checking Account |
| Taxpayer ID No: | *******6462 | | |
| For Period Ending: | 08/17/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/13 | | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 5,000.00 | | 5,000.00 |
| 01/26/13 | 010001 | Roy Safanda | Chapter 7 Compensation/Expense | | | 1,298.80 | 3,701.20 |
| | | 111 East Side Drive | | | | | |
| | | Geneva, IL 60134 | | | | | |
| | | | Fees       1,250.00 | 2100-000 | | | |
| | | | Expenses    48.80 | 2200-000 | | | |
| 01/26/13 | 010002 | Roy Safanda, Attorney | Attorney Fees | 3110-000 | | 375.00 | 3,326.20 |
| 01/26/13 | 010003 | Discover Personal Loan | Claim 1, Payment 63.82228% | 7100-000 | | 3,326.20 | 0.00 |
| | | POB 30954 | | | | | |
| | | Salt Lake city, UT 84130 | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,000.00 | 5,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 5,000.00 | 0.00 |
| Subtotal | 0.00 | 5,000.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 0.00 | 5,000.00 |

Page Subtotals        5,000.00    5,000.00

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-02367 -MB | | Trustee Name: | Roy Safanda |
| --- | --- | --- | --- | --- |
| Case Name: | SCHINDLBECK, JOSEPH B | | Bank Name: | Capital One |
| | SCHINDLBECK, BARBARA L | | Account Number / CD #: | *******7625 Checking Account |
| Taxpayer ID No: | *******6462 | | | |
| For Period Ending: | 08/17/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/27/12 | 2 | Joseph B. Schindlbeck | Sale of Real Estate | 1110-000 | 5,000.00 | | 5,000.00 |
| 01/03/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 5,000.00 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | 5,000.00 | 5,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 5,000.00 | |
| Subtotal | 5,000.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,000.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********5709 | 0.00 | 5,000.00 | 0.00 |
| Checking Account - ********7625 | 5,000.00 | 0.00 | 0.00 |
| | 5,000.00 | 5,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  5,000.00  5,000.00

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*